UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- x
JOHN CONTRERAS,

                Plaintiff,

                -against-                        23-cv-5469 (ALC)

GUTMAN MINTZ BAKER &                  **ORDER**
SONNENFELDT LLP, DDEH 102 E103
LLC, GARY D. THIGPEN and ERIC
KEILBACH

                Defendants.
--------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      Plaintiff is directed to file a motion for default judgment as to Defendant DDEH 102 E103 LLC by **December 15, 2023.**

**SO ORDERED.**

Dated:    November 28, 2023
            **New York, New York**

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**